# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 1:12CR00067-AWI -DLB
)
JAVIER MIRANDA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **JAVIER MIRANDA**

Detained at (custodian): **Merced County Jail**

Detainee is:    a.)   ☒ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

or    b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or    b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

Signature: /s/ Andrew L. Gradman
Printed Name & Phone No: **Andrew L. Gradman 559-497-4000**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/2/2012                 /s/ GARY S. AUSTIN
Date                           United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 2012-00000374 | DOB: | 06-29-1973 |
| Facility Address: | Release Date: 11/01/2020 | Race: | Hispanic |
| | | FBI #: | 893504NA0 |
| Facility Phone: | | | |
| Currently Incarcerated For: | HS 11379(b): Transport for Sale/Non-Contiguous Country: 9Years | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                      (Signature)